## Important Privacy Notice

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Naaemah H. Clemens

United States of America

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Ardent Credit Union, CEO Robert Werner
Risk management, James Tait, John
Frezza, Marcella Mc Cullaugh,
O'neil Nissian, John Arpa,
Bill O'neil, Drew Pearlman
Any and All attorneys involved
Attorney General of PA
Comptroller of the Currency
Secretary of State Pennsylvania

_____

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.       Parties in this complaint:**

A.       List your name, address and telephone number. If you are presently in custody, include your identification
         number and the name and address of your current place of confinement. Do the same for any additional
         plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff       Name                    Naeemah Clemens
                Street Address          226 Furley Street
                County, City            Philadelphia PA
                State & Zip Code        Pennsylvania 19120
                Telephone Number        2674557820

*Rev. 10/2009*

Defendent #5    James Tait (risk management)
1500 Spring Garden Street Suite 500
Philadelphia PA 19130

Defendent #6    John Trezza (risk management)
1500 Spring Garden Street Suite 500
Philadelphia PA 19130

Defendent #7  Ardent Credit Union  Legal Team
1500 Spring Garden Street
Philadelphia PA 19130

Defendent #8    John Arpa
849 W Street RD
Warminster PA 18974

Defendent #9    Bill O'neil
849 W Street RD
Warminster PA 18974

Defendent #10    Drew Pearlman
849 W Street RD
Warminster PA 18974

Defendent #11   Attorney General of PA
1600 Arch Street Suite #300
Philadelphia PA 19103

Defendent #12  Comptroller of the Currency
1405 John F Kennedy Blvd Suite #1230
Philadelphia PA 19102

→over

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1          Name *Ardent Credit Union*
                         Street Address *1500 Spring Garden Street Suite 500*
                         County, City *Philadelphia*
                         State & Zip Code *PA 19130*

Defendant No. 2          Name *O'neil Nissian INC.*
                         Street Address *849 W Street RD*
                         County, City *Warminster*
                         State & Zip Code *PA 18974*

Defendant No. 3          Name *Robert Werner*
                         Street Address *1500 Spring Garden Street Suite 500*
                         County, City *Philadelphia*
                         State & Zip Code *PA 19130*

Defendant No. 4          Name *Marcella McCullaugh*
                         Street Address *1500 Spring Garden Street Suite 500*
                         County, City *Philadelphia PA 19130*
                         State & Zip Code *PA 19130*

                         *See attached*

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
      ☑ Federal Questions          Q  Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? *42 USC 1983, Bill of rights: Article(s) The First, Fourth and Fifth, Privacy Act Administrative Procedures Act, Tucker Act.*

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.  Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? _849 West Street Road Warminster, PA 18974_

B.      What date and approximate time did the events giving rise to your claim(s) occur? _May 31, 2022_

C.      Facts: _On this date O'Neil Nissian, sold me a Nissan pathfinder with my trade in. At that time I was not awhere of the Unconscionable agreement aswell as the application for Ardent Credit Union for my car loan. As I learned that the terms of the agreement mmm was a tresprass of my private rights and property I begin to question Ardent credit Union to gain full understanding of the agreement in the contract. The more I learned, while reading the contract the more questions I would ask as it is my right to know. Marcella McCullough, James Tait, John Trezza, from risk management stoped responding to any/all questions/letters/emails I gave them. This lead my account to become in default as I had no idea of what direction to handle the agreement between us. They completely stop all communications with me. This is a violation of public rights and human rights/ Repossession of private property. My family (Nadeyah Cook, xlakerra Clemens, Natroya Powell, Namirah Johnson_

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

have all witnessed this process.

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any,

you required and received. _I have substained finical hardship/suffering ie, fees for case, certified mail receipt, paying of the Auto loan, distress, loss of sleep, loss of apitite, anexity, Trespass, private information, threats of repassession, deprivation of rights_

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and

the basis for such compensation. Show proof of Capacity, Lending Authority by the Bank prove that there was no fraud in the inducement due to institutional advantage, valid consideration or lawful exchange, reporting and location, scope, judiciary and Non-judicial Procedure, payment of obligations of interast on public Debt, issuance of reserve banks; nature of obligation, Articles of association, Signing of articles of association, investment in banking premises or stock of Corporation holding premises, powers of Board.

full compensation of Auto loan ($41,303) court fees ($405.00) in U.S. Treasury Credits

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _17th_ day of _June_ , 20 _25_.

Signature of Plaintiff _[signature]_

Mailing Address _226 Furley Street_
_Philadelphia PA 19120_

Telephone Number _267 455 7820_

Fax Number *(if you have one)* _____

E-mail Address _naeemahclemens@yahoo.com_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

**UNCONSCIONABLE AGREEMENT**

REC'D JUN 1 7 2025

When a Corporation/Entity enters into an unconscionable contract it is void when the following key legal and factual defects are present:

1) **Lack of Capacity by the borrower under federal banking and lending laws. Only certain types of legal "PERSONS" are eligible to receive Auto Loans. These include:**
    A. Corporations
    B. Trust
    C. Partnerships
    D. Government Agencies
    E. Foreign persons with capacity to open time deposit accounts at IBF's

    Private people acting in their personal capacity- not as agents or officers of a statutory entity- are not authorized under title 12 U.S. Code to receive loans "secured by an auto loan" used as private locomotive property.
    Relevant Authority
    12 U.S. Code 1759- membership
    12 U.S. Code 1757(a)(c)(3) Powers
    12 U.S. Code 1761 Management

2) **Lack of Lending Authority by the Bank**
    Banks regulated under title 12 may only loan "money" or extend "credit" under strict constraints:
    A. Must be for business, agricultural, industrial, or commercial use.
    B. May not accept private property (locomotion), as security for a auto loan in a lawful, enforceable manner unless it meets the federal definition of "real property" in 12 CFR.

    If the alleged "loan" was extended to acquire private property, then it was not a lawful banking transaction- it was misrepresentation of power, rendering the agreement unconscionable.

    **CASE LAW:**
    THOMPSON V. HUBBARD, 131 U.S. 123 (1889)—Contracts outside statutory authority are not just voidable, but void in law and equity

3) **Fraud in the Inducement**
    If the private party was not informed of these limitations, or was led to believe they were receiving a lawful Auto Loan, it constitutes:
    A. Fraud in the inducement
    B. Failure to disclose material facts
    C. Constructive fraud due to institutional advantage
    This makes any consent to the agreement nullified- the contract isn't truit theirs ( see:

Non Est Factum Doctrine).

4) **No Valid Consideration or Lawful Exchange**

Banks often create the "loan" via a book entry or deposit from the borrower's signed note (i.e. funding via promise). No tangible exchange of lawful U.S. Treasury-backed money occurred.

A. This fails basic contract principles: mutual assent + lawful consideration

B. The note is converted into an asset and monetized- meaning the bank never actually parted with anything of value

5) **Instrument Does Not Apply to Property**

Most Automotive titles are written under:

A. Uniform Commercial Code Principles

B. Statutory real property terms (residential, commercial, agricultural)

6) **Violation of Public Policy and human Rights/ Repossession of private property (locomotion)**

A. Frustrates public policy against rights to travel

B. Triggers 5th and 14th Amendment due process concerns when done via non-judicial schemes.

C. Is in full violation of the TILA Act

**Petitioner is asking to show proof of:**

12 U.S. CODE 411- ISSUANCE TO RESERVE BANKS; NATURE OF OBLIGATION

12 U.S. CODE 612- ARTICLES OF ASSOCIATION: CONTENTS

12 U.S. CODE 613- SIGNING OF ARTICLES OF ASSOCIATION

12 U.S. CODE 371d- INVESTMENT IN BANKING PREMISES OR STOCK OF CORPORATION HOLDING PREMISES

12 U.S. CODE 1766- POWERS OF BOARD

12 CFR 204.3- REPORTING AND LOCATION

12 CFR 225.28(b)(2)- PERMISSIBLE NONBANKING ACTIVITIES RELATED TO EXTENDING CREDIT

12 CFR 704.1- SCOPE

28 U.S. CODE 1346- JUDICIARY AND NON-JUDICIAL PROCEDURE

31 U.S. CODE 3123 A,B, & C- PAYMENT OF OBLIGATIONS OF INTEREST ON PUBLIC DEBT

**Plaintiff Recovery for invasion of privacy rights:**

1) General damages for harm to plaintiffs interest in privacy which results from repossession threats and theft of property.
2) Deprivation of rights.
3) Financial suffering

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | |
|---|---|
| _____ ) <br> *Plaintiff/Petitioner* ) <br> v. ) <br> _____ ) <br> *Defendant/Respondent* ) | Civil Action No. |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _____

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the <u>monthly</u> rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify):* | $ | $ | $ | $ |
| **Total monthly income:** | $ | $ | $ | $ |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4.    How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.   List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
| --- | --- |
| Home *(Value)* | $ |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Motor vehicle #2 *(Value)* | $ |
| Make and year: | |
| Model: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6.   State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
| --- | --- | --- |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.   State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
| --- | --- | --- |
| | | |
| | | |
| | | |

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | **You** | **Your spouse** |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>        Are real estate taxes included?   ☐ Yes   ☐ No<br>        Is property insurance included?   ☐ Yes   ☐ No | $ | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ | $ |
| Home maintenance *(repairs and upkeep)* | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation *(not including motor vehicle payments)* | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|         Homeowner's or renter's: | $ | $ |
|         Life: | $ | $ |
|         Health: | $ | $ |
|         Motor vehicle: | $ | $ |
|         Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ | $ |
| Installment payments | | |
|         Motor vehicle: | $ | $ |
|         Credit card *(name)*: | $ | $ |
|         Department store *(name)*: | $ | $ |
|         Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

PAE AO 239  (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ | $ |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes    ☐ No    If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☐ No

If yes, how much?   $ _____
If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?    ☐ Yes ☐ No

If yes, how much?   $ _____
If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

13. Identify the city and state of your legal residence.

Your daytime phone number:    _____

Your age: _____    Your years of schooling: _____

Last four digits of your social-security number:    _____

FROM THE OFFICE OF THE CLERK OF COURT,
THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Consent to Receive Notices of Electronic
Filing for Self-Represented Litigants Who are Not Incarcerated**

Parties who are not represented by an attorney and who are not currently incarcerated may use this form to consent to receive electronic notice of documents entered in their cases instead of receiving those documents by regular mail. Parties may not use this form unless they have already provided a valid physical mailing address.

## How to Access Documents Electronically:

Under Federal Rules of Civil Procedure 5(b)(2)(E) and 77(d)(1), you may consent to receive electronic notifications of documents—including Court orders—that are filed in your case. If you consent to receive electronic notice by completing this form and returning it to the Clerk's Office, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. **You will no longer receive documents filed in your case by regular mail.** After receiving the Notice of Electronic Filing, you are permitted to view the document one time without cost within 15 days of receiving the email. You can access the document by clicking on the hyperlinked document number in the e-mail. If the document has attachments, you will be prompted to view all of the attachments on a subsequent screen. Please be advised that if you click on the case number instead of the document number, you will be directed to the Public Access to Court Electronic Records service (PACER) and will be prompted to pay for viewing the docket sheet for the case.

Once you click the hyperlink and access the documents in that filing, you will no longer be able to access those documents without cost. After 15 days from the date of the Notice of Electronic Filing, the hyperlink will no longer provide free access even if you have not already viewed your documents. **For these reasons, you should print or save the documents during the "free look" to avoid any future charges.** While a PACER account is not required to access most documents during a "free look" period, you will need a PACER account to access any restricted documents or to view documents outside of the "free look" period. To register for a PACER login and password, visit www.pacer.uscourts.gov or call 1-800-676-6856.

## Important Notice:

If you consent to electronic notice, you should understand that:

1. You will no longer receive documents filed in your case, including Court orders, in the mail;

2. If you do not view and download your documents during your "free look" within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. Restricted documents can only be viewed by setting up an account through PACER;

4. This consent does **not** permit you to electronically file your documents. If you would like to electronically file your documents, you may use the Electronic Document Submission (EDS) tool available through the Court's website, or you may file a motion asking the Judge assigned to your case to permit you to file using the Court's Electronic Case Filing System. If you use either of these two systems to file documents with the Court, you will also receive electronic notice of orders and other filings in your case at the e-mail address you provide. *See* Local Rule 5.1.2(7)(a), (d), (e).

5. It will be your duty to regularly review the docket sheet for any case you have before the Court to make sure that you do not miss a filing. The docket contains the record of all filings in a case and may be viewed by using PACER, or it may be viewed for free at the Court's public terminals during business hours.

6. This consent will be valid unless or until you revoke the consent in writing. To revoke consent, you must file a "Revocation of Consent to Receive Notices of Electronic Filing" and file it in each case for which you do not wish to continue receiving notice electronically. You must include your current physical mailing address in any revocation to make sure that you continue to receive notice of filings in your case, including court orders.

<u>Consent</u>:

By signing this form, I consent to receive notice and service of all items required to be served under Federal Rules of Civil Procedure 5 and 77(d) by email transmission at the e-mail address I have provided on this form. In doing so, I waive my right to service by mail. I represent that I have regular access to my e-mail account and to the internet, and that I will check my account regularly for notices of electronic filing.

**I further agree to promptly notify the Clerk's Office in writing if there is any change to my e-mail address or mailing address within 14 days of the change as required by Local Rule 5.1(b).** I also agree to notify the Clerk's Office in writing by filing a "Revocation of Consent to Receive Notices of Electronic Filing" in each case for which I revoke my consent to receive notice electronically. I understand that electing to receive notices of electronic filing when documents are filed in my case does not grant me the ability to file or serve documents electronically.

List the case name and case number for which you want this consent to apply:

*Case name and number*: _____

This consent only applies to the case listed above. **To receive electronic notice in other cases, you must file a separate consent in each case for which you would like to receive electronic notice.**

_____
Date

_____
Signature

_____
Printed Name

_____
Mailing Address

_____
City, State, Zip Code

_____
Email Address

JS 44 (Rev. 03/24) **CIVIL COVER SHEET**

REC'D JUN 17 2025      REC'D JUN 17 2025

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Naeemah H. Clemens
United States of America

**DEFENDANTS**
Ardent Credit Union CEO + risk management. Oneil nissan management team + owner, PA Attorney General, Comptroller of the Currency

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*
Any and all attorneys for Ardent Credit Union and O'neil Nissian

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*          Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [X] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC 4, 42 USC 1983, 15 USC 1692
Brief description of cause:
Administration of property without rights/duties

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____