# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Jun 17, 2025 2:37PM

Naeemah Clemens

Rcpt. No: 20030147     Trans. Date: Jun 17, 2025 2:37PM     Cashier ID: #ST (2383)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

Total Cash Received: $0.00

Comments: Naeemah Clemens, New Case

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.