IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NAEEMAH H CLEMENS,** et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**ARDENT CREDIT UNION,** et al.,<br><br>Defendants. | CIVIL ACTION<br><br>No. 25-3081-KSM |

## ORDER

**AND NOW** this 24th day of November, 2025, for the reasons outlined in the Court's Memorandum, it is **ORDERED** as follows:

1. The Clerk of Court shall **TERMINATE** the United States as a Plaintiff.

2. Defendants' motions to dismiss (Doc. Nos. 6, 9) are **GRANTED**, and Clemens's claims are **DISMISSED WITH PREJUDICE.**

3. Clemens's motion for leave to amend (Doc. No. 35) is **DENIED.**

4. Clemens's motion for summary judgment (Doc. No. 26) is **DENIED.**

5. Clemens's motions challenging defense counsels' authority, requesting a hearing on the same, and moving to strike Defendants' filings, are **DENIED**.  (*See* Doc. Nos. 10, 11, 14, 19, 20, 25, 32, 34.)

6. The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**